IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERRY SANTANGELO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2086

Opinion filed June 6, 2017.

An appeal from the Circuit Court for Suwannee County.
David Fina, Judge.

Andy Thomas, Public Defender; Archie F. Gardner, Jr. and Steven Seliger, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Appellant's judgment and sentence are affirmed.  However, we remand for

correction of the scrivener's error contained in the probation revocation order, which

states that the appellant violated "Condition [] 2" of her probation rather than "Modification of Probation Condition (2)." See Nickolas v. State, 66 So. 3d 1077 (Fla. 1st DCA 2011).

AFFIRMED; REMANDED for correction of scrivener's error in probation revocation order.

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.